THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW B., by and through
his parents,
    Plaintiffs

v.

PLEASANT VALLEY SCHOOL
DISTRICT,

    Defendant

3:17-CV-2380
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 10TH DAY OF OCTOBER, 2018**, for the reasons set forth in this Court's accompanying memorandum opinion, Defendant's Motion to Dismiss, or, in the Alternative, to Re-plead (Doc. 9) is **DENIED**.

_____
Robert D. Mariani
United States District Judge