THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW B., by and through
his parents,
        Plaintiffs,

v.

PLEASANT VALLEY SCHOOL
DISTRICT,

        Defendant.

3:17-CV-2380
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 31st DAY OF OCTOBER 2019, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment or for Judgment on the Administrative Record (Doc. 33) is **DENIED**;

2. Plaintiffs' Motion for Judgment on the Administrative Record (Doc. 30) is **GRANTED** as provided in paragraphs 3, 4 and 5 hereof;

3. The Hearing Officer's decision with respect to the denial of a free appropriate public education is **AFFIRMED**;

4. The Hearing Officer's decision with respect to compensatory education is **REVERSED**;

5. This case is **REMANDED** to the Hearing Officer for further proceedings consistent with the Court's opinion;

6. All proceedings undertaken with the Hearing Officer, together with the Hearing Officer's determination of an appropriate remedy, shall be completed within 90 days of this Order;

7. Either party may seek review of the Hearing Officer's decision by motion to this Court within 90 days of the Hearing Officer's ruling;

8. The Court **RESERVES** judgment on the issue of Plaintiffs' counsel's attorneys' fees subject to a proper petition of attorneys' fees following the Hearing Officer's decision at the conclusion of this case.

Robert D. Mariani
United States District Judge